## A91A1411. SIZEMORE v. THE STATE.
### (421 SE2d 346)

McMURRAY, Presiding Judge.

The Supreme Court of Georgia in *Sizemore v. State*, 262 Ga. 214 (416 SE2d 500) (1992), having reversed this Court's prior judgment in this case wherein we affirmed the trial court, the judgment of this court in *Sizemore v. State*, 201 Ga. App. 431 (411 SE2d 505), is vacated, and the judgment of the trial court is hereby reversed and the case is remanded in accordance with direction as prescribed in *Sizemore v. State*, 262 Ga. 214, supra.

*Judgment reversed and case remanded with direction. Sognier, C. J., and Andrews, J., concur.*

DECIDED JULY 16, 1992.

*John H. Tarpley,* for appellant.

*Robert E. Wilson, District Attorney, Barbara B. Conroy, J. Michael McDaniel, Gregory J. Lohmeier, Assistant District Attor-*

. *neys*, for appellee.